UNITED STATES of America, Plaintiff–Appellee,

v.

Melbourne Clarence LATTEN, a/k/a Roscoe, Defendant–Appellant.

No. 13–6810.

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2013.

Decided: July 30, 2013.

Melbourne Clarence Latten, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melbourne Clarence Latten appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). The district court denied the motion because the Sentencing Guidelines Amendment 750 did not result in a change to the Guidelines sentence. We have reviewed the record and find no error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before this court

and argument will not aid the decisional process.

*AFFIRMED.*